IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
SHEILA ROWE,                      )
                                  )
          Plaintiff,              )
                                  )
v.                                )
                                  )        1:08-cv-136
NORTH CAROLINA AGRICULTURAL       )
AND TECHNICAL STATE               )
UNIVERSITY,                       )
                                  )
          Defendant.              )
```

**JUDGMENT**

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment as to all Counts in the Complaint (Doc. 16) be GRANTED and that this action be, and is hereby, DISMISSED WITH PREJUDICE.

/s/ Thomas D. Schroeder
United States District Judge

June 10, 2009